**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA**

**CASE NUMBER  5:26-cv-00086-TKW-MJF**

JAMES D. MANN, CHRISTINE M.
GALLANT, JAMES E. GOULD,
DEBORAH GOULD, SUSAN D. SHAW,
and DAVID W. CLARK,

      Plaintiffs,

v.

BLESSINGS AT THE BEACH, LLC,
a Florida limited liability company
d/b/a PINEGLEN MOTORCOACH
& RV PARK, ROBERT MYERS, an
Individual, and SARAH W. MYERS,
an individual,

      Defendants.

                            /

<u>**PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT
AS TO DEFENDANT,  BLESSINGS AT THE BEACH, LLC d/b/a
PINEGLEN MOTORCOACH AND RV PARK**</u>

The Plaintiffs, JAMES D. MANN, CHRISTINE M. GALLANT, JAMES E.

GOULD, DEBORAH GOULD, SUSAN D. SHAW, and DAVID W. CLARK

(collectively, hereinafter, the "Plaintiffs"), by and through their undersigned counsel,

file this Motion for Clerk's Entry of Default as to Defendant, BLESSINGS AT THE

BEACH, LLC d/b/a PINEGLEN MOTORCOACH AND RV PARK, and state as

follows:

This unpaid overtime and minimum wage case arises under the Fair Labor

Standards Act, as amended, 29 U.S.C. § 201 *et seq.,* and Florida law.  The Plaintiffs filed their Original Complaint against Defendants on March 25, 2026 [ECF 1].

On April 1, 2026 the Defendant, BLESSINGS AT THE BEACH, LLC, was served with the Summons and Complaint through its lawful Registered Agent.  *See* Proof of Service [ECF 7].  To date, BLESSINGS AT THE BEACH, LLC has failed to respond to the Complaint, and the deadline for doing so has passed.

## **MEMORANDUM OF LAW**

The court clerk may enter default against a party who has not filed a responsive pleading or otherwise defended a suit.  FED. R. CIV. P. 55(a); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).  Plaintiff requests the clerk enter default against Defendant BLESSINGS AT THE BEACH, LLC because it did not file a responsive pleading within 21 days after service of the Original Complaint. *See* FED. R. CIV. P. 12(a)(1)(A)(i). Defendant has not otherwise attempted to defend against the Original Complaint. *See* FED. R. CIV. P. 55.  The Plaintiff meets the requirements for obtaining an entry of default from the clerk.

**WHEREFORE,** Plaintiffs pray that the clerk will enter a default as to each Defendant and grant her such other and further relief to which she may be justly entitled.

Respectfully submitted,

*/s/. Peter J. Bober*
PETER J. BOBER

2

Florida Bar # 0122955
BOBER & BOBER, P.A.
4000 Hollywood Blvd., Suite 555-S
Hollywood, FL 33021
Telephone: (954) 922-2298
Facsimile: (954) 922-5455
peter@boberlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 25, 2025 email and U.S. Mail, a copy

of the above and foregoing document was served on the following Defendant in the

manner described below:

Garth D. Bonney, Esq.
Registered Agent
Blessings on the Beach, LLC
514 Magnolia Avenue
Panama City, FL 32401
gbonney@bandslaw.org
(served by U.S. Mail and Email)

Robert Myers
robertmyers1255@gmail.com
(served by Email, only)

Blessings at the Beach, LLC
d/b/a Pineglen Motorcoach & RV Park
2820 S. Alma School Road # 235
Chandler, AZ 85286
pineglenrvpark@gmail.com
(served by U.S. Mail and Email)

/s/. *Peter J. Bober*

3

4