IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES D. MANN, et al.,

     Plaintiffs,

v.                                                    Case No. 5:26-cv-00086-TKW-MJF

BLESSINGS AT THE BEACH, LLC,
d/b/a PINEGLEN MOTORCOACH
& RV PARK, et al.,

     Defendants.

_____/

## CLERK'S DEFAULT

Upon Application of the Plaintiffs in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the Defendant, default is hereby entered against BLESSINGS AT THE BEACH, LLC, d/b/a PINEGLEN MOTORCOACH AND RV PARK, on April 27, 2026.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

April 27, 2026                         s/ Jennifer F. Johnson, Deputy Clerk
DATE                                          Deputy Clerk